

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00605-CV

**KING RANCH, INC.**,
Appellant

v.

Juan Antonio **GARCIA**, Gonzalo Chapa, Jr., and Carmen S. Chapa,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-11-51704-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

Appellees' motion for rehearing is DENIED. This court's opinion and judgment dated August 6, 2014 are WITHDRAWN. In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and judgment is RENDERED that the boundary line between the parties' properties is a straight line, and King Ranch, Inc. owns the land south of the boundary line. It is ORDERED that appellant, King Ranch, Inc., recover its costs of this appeal from the appellees, Juan Antonio Garcia, Gonzalo Chapa, Jr., and Carmen S. Chapa.

SIGNED September 17, 2014.

Catherine Stone, Chief Justice